IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20750-KMM

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

FULLPOWER TECHNOLOGIES,
INC.,

        Defendant.
_____/

## NOTICE OF AGREEMENT ON SETTLEMENT

Plaintiffs ArrivalStar S.A. and Melvino Technologies (collectively "Plaintiffs"), and Defendant Fullpower Technologies, Inc., hereby provide notice that the parties have agreed in principle on a settlement of all matters in dispute between them. The parties expect to have the agreement finalized shortly, and anticipate filing the necessary paperwork to dismiss this case soon.

Dated: March 13, 2012.　　　　　　　　　　　　　　　　　Respectfully submitted,

                                                                            /s/ William R. McMahon
                                                                            William R. McMahon, Esquire
                                                                            Florida Bar Number: 39044
                                                                            McMahon Law Firm, LLC
                                                                            11435 West Palmetto Park Road
                                                                            Suite E
                                                                            Boca Raton, Florida 33428
                                                                            Telephone: 561-218-4300
                                                                            Facsimile: 561-807-5900
                                                                            Email: bill@mlfllc.com
                                                                            **Counsel for Plaintiffs**