IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:12-cv-20750-KMM

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

       Plaintiffs,

vs.

FULLPOWER TECHNOLOGIES,
INC.,

       Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and the Defendant, Fullpower Technologies, Inc., that they voluntarily dismiss, **with prejudice**, all claims against Defendant, with each party to bear its own costs and attorneys' fees.

Dated: March 26, 2012.                              Respectfully Submitted,

                                                   /s/ William R. McMahon
                                                   William R. McMahon, Esquire
                                                   Florida Bar Number: 39044
                                                   McMahon Law Firm, LLC
                                                   11435 West Palmetto Park Road
                                                   Suite E
                                                   Boca Raton, Florida 33428
                                                   Telephone: 561-218-4300
                                                   Facsimile: 561-807-5900
                                                   E-Mail: bill@mlfllc.com
                                                   **Attorney for Plaintiffs**